UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LAMAR BROWN, on behalf of himself and all
others similarly situated,

                    Plaintiff,

          -against-

REGAL NAILS, SALON & SPA, LLC,

                    Defendant.
-----------------------------------------------------------------X

22-CV-05983 (JMF) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       On October 6, 2022, Defendant Regal Nails, Salon & Spa, LLC submitted a motion to dismiss Plaintiff Lamar Brown's complaint. See ECF Nos. 14-15. To date, Plaintiff has not submitted a response within the required time frame (see Local Civil Rule 6.1), nor has Plaintiff requested an extension or proposed a briefing schedule. Accordingly, Plaintiff is directed to submit a letter by **no later than Monday, November 28, 2022**, updating the Court as to whether he intends to oppose the motion, and if so, proposing a date for submission of his response.

       SO ORDERED.

DATED:     New York, New York
                November 16, 2022

                                                          _____
                                                          VALERIE FIGUEREDO
                                                          United States Magistrate Judge