UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LAMAR BROWN, on behalf of himself and all
others similarly situated,

                           Plaintiff,

              -against-

REGAL NAILS, SALON & SPA, LLC,

                          Defendant.
-------------------------------------------------------------------X

**22-CV-05983 (JMF) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On October 6, 2022, Defendant Regal Nails, Salon & Spa, LLC submitted a motion to dismiss Plaintiff Lamar Brown's complaint. See ECF Nos. 14-15. To date, Plaintiff has not submitted a response within the required time frame (see Local Civil Rule 6.1), nor has Plaintiff requested an extension. On November 17, 2022, Plaintiff was directed to submit a letter by no later than November 28, 2022, updating the Court as to whether he intends to oppose the motion. See ECF No. 16. Plaintiff has not complied with that Order.

Plaintiff is afforded one more opportunity to respond to Defendant's motion to dismiss, or to submit a letter informing the Court as to whether Plaintiff intends to oppose the motion (and if so, by what date). Failure to file any response or other letter by **Thursday, December 15, 2022**, will result in this Court ruling on the pending motion to dismiss based on Defendant's submission alone.

      **SO ORDERED.**

DATED:    New York, New York
               December 1, 2022

                                                       VALERIE FIGUEREDO
                                                       United States Magistrate Judge